IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER A. MORRIS,

Defendant.                                              No. 00-30050-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On August 19, 2009, Christopher A. Morris, pro se, filed a motion under 18 U.S.C. § 3582(c)(2) for reduction of sentence based on retroactive guideline amendment, effective November 1, 2007, concerning cocaine base ("Crack") (Doc. 76). Pursuant to the current procedure in this judicial district regarding these motions, the Court **APPOINTS** the Federal Public Defenders Office for the Southern District of Illinois to represent Morris, regarding his motion for reduction.[1]

**IT IS SO ORDERED.**

Signed this 20th day of August, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**

---

[1] *See In re: Petitions for Retroactive Application of Amendment to Sentences Previously Imposed for Certain Crack Cocaine Offenses,* **Administrative Order 102.**